IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BARBARA JOHNSON,**                                      **PLAINTIFF,**

**VS.**                                               **CIVIL ACTION NO. 2:04CV216**

**J.P. MORGAN CHASE & CO.;**
**CHASE MANHATTAN MORTGAGE**
**CORPORATION; NATIONS MORTGAGE**
**CAPITAL, INC.; TONY CHATMON;**
**MERRITT ESCROW & TITLE LLC; AND**
**AAA PEST CONTROL,**                                 **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Remand [9-1] is hereby **GRANTED**; and

(2) This case is to be **REMANDED** to the Second Judicial District of Bolivar County, Mississippi from whence it came.

**SO ORDERED** this the 26th day of April, A.D., 2005.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE